# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL ACTION NO. 7:22-CR-19-REW-EBA**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**


**V.**                    **RESPONSE TO MOTION TO CONTINUE**


**GARY D. WARICK**                                              **DEFENDANT**

\* \* \* \* \*

The United States of America has no objection to the motion to continue filed by

Defendant, Gary D. Warick. [DE 19]


Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:   /s/ *Justin E. Blankenship*
Justin E. Blankenship
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
Phone: (606) 330-4829
Fax: (606) 864-3590
Justin.Blankenship2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I electronically filed this document

through the ECF system, which will send notice of the filing to all counsel of record.


/s/ Justin E. Blankenship
Assistant United States Attorney