**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL ACTION NO. 7:22-CR-19-REW-EBA**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**V.**                          **RESPONSE TO MOTION TO CONTINUE**


**GARY D. WARICK**                                              **DEFENDANT**

* * * * *

The United States of America has no objection to the motion to continue filed by

Defendant, Gary D. Warick. [DE 38]


Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:    /s/ *Justin E. Blankenship*
       Justin E. Blankenship
       Assistant United States Attorney
       601 Meyers Baker Road, Suite 200
       London, Kentucky 40741
       Phone: (606) 330-4829
       Fax: (606) 864-3590
       Justin.Blankenship2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2023, I electronically filed this document

through the ECF system, which will send notice of the filing to all counsel of record.


<u>/s/ Justin E. Blankenship</u>
Assistant United States Attorney